# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK P. FRANK, | § | |
| | § | No. 544, 2015 |
| Petitioner Below, | § | |
| Appellant/Cross-Appellee, | § | |
| | § | Court Below - Family Court |
| v. | § | of the State of Delaware |
| | § | |
| BAYLEE SMART (FRANK), | § | Petition No.: 14-06680 |
| | § | File No.: CN14-01982 |
| Respondent Below, | § | |
| Appellee/Cross-Appellant. | § | |

Submitted: May 4, 2016
Decided: May 6, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## O R D E R

This 6th day of May 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated September 15, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice